IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| In the Matter of the Personal Restraint of | No. 80570-3-I |
| DARREN GENE LAW, | |
| Petitioner. | UNPUBLISHED OPINION |

PER CURIAM — Darren Law filed a post-conviction motion challenging the imposition of legal financial obligations as part of his jury conviction for possession of methamphetamine with intent to deliver. The motion was transferred to this court for consideration as a personal restraint petition. The State concedes that, because the trial court's apparent intention was to impose only mandatory legal financial obligations, the inclusion of a discretionary $100 clerk's collection fee was erroneous. See State v. Clark, 191 Wn. App. 369, 374, 362 P.3d 309 (2015) (collection costs are discretionary). We accept the State's concession and remand for the trial court to strike the fee.

FOR THE COURT

_Brumm, J_____

_Coburn, J._____          _Chun, J._____